# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff  )<br>  )<br>vs.  )<br>  )<br>Gerardo Guillen-Guiltron,  )<br>et al.  )<br>Defendant(s)  ) | CRIMINAL NO. 08mj1692<br>                          08CR 1921-JM<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 08661248 |

On order of the United States District/(Magistrate Judge)  **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Jorge Hernandez-Sanchez

DATED: 6/12/08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
             DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
          Deputy Clerk
          L. HERNANDEZ