

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>             Plaintiff,             )<br>                                    )<br>      v.                            )<br>                                    )<br>GERARDO GUILLEN-GUILTRON (1),       )<br>MARTIN GUILLEN-GUILTRON (2),        )<br>JOEL CORTEZ-MENDOZA (3),            )<br>                                    )<br>             Defendants.            )<br>_____) | Criminal Case No. 08CR1921-JM<br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting |

The United States Attorney charges:

On or about May 27, 2008, within the Southern District of California, defendants GERARDO GUILLEN-GUILTRON, MARTIN GUILLEN-GUILTRON and JOEL CORTEZ-MENDOZA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jorge Hernandez-Sanchez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 6/12/08.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:psd:San Diego
6/11/08